[No. 1508-3.   Division Three.   February 23, 1976.]

KENNY RAY MILAM, *Appellant,* v. BURLINGTON NORTHERN RAILROAD, *Respondent.*

Appeal from a judgment of the Superior Court for Spo-

kane County, No. 217730, William H. Williams, J., entered March 31, 1975. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, C.J., and Green, J.